FILED
08 SEP 18 PM 2:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 08 80184 VRW

Robert De Berardine - #112263

_____/

**ORDER TO SHOW CAUSE**

It appearing that Robert De Berardine has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective September 16, 2004,

**IT IS ORDERED**

That respondent show cause in writing on or before October 28, 2008 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert DeBerardine
sanofi-aventis
Patent Department - ADF2
174 avenue de France
75013 Paris FRANCE