**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-08-80184 MISC VRW |
| | ORDER |
| Robert De Berardine, | |
| No 112263 / | |

    On September 18, 2008, the court issued an order to show cause (OSC) why Robert De Berardine should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective September 16, 2004, as an inactive member of the State Bar for noncompliance with MCLE requirements.

    The OSC was mailed to Mr De Berardine's address of record with the State Bar. Mr De Berardine has filed no response.

    The court now orders Robert De Berardine removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the Matter of:

Robert De Berardine,

_____/

Case Number: C 08-80184 MISC VRW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert De Berardine
sanofi-aventis
Patent Department - ADF2
174 avenue de France
75013 Paris FRANCE


November 24, 2008


Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk